### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JEREMY WANE EDGAR  
ADC #117646                                                                                            PLAINTIFF

V.                                      NO: 3:06CV00191 SWW

RON HARVEY *et al.*                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE